IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CENTERDOR JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-04-1615-L |
| | ) | |
| MIKE MULLINS, Warden, | ) | |
| | ) | |
| Respondent . | ) | |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on January 31, 2005, wherein he recommended that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be dismissed as untimely. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, although petitioner did submit a letter to the court which was filed on February 9, 2005. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. Although it is unclear whether petitioner is seeking habeas relief or complaining about the conditions of his confinement, it is clear that any habeas action is time-barred. The Petition for Writ of Habeas Corpus (Doc. No. 1) is therefore DENIED. Judgment will

issue accordingly.

It is so ordered this 29th day of April, 2005.

_/s/ Tim Leonard_
TIM LEONARD
United States District Judge